

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00105-CV

**IN RE** Sylvia R. **MORA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  April 3, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On February 8, 2013, Relator Sylvia R. Mora filed a petition for writ of mandamus, and on March 11, 2013 Relator filed an amended petition following this court's abatement of the proceeding. The court has considered Relator's amended petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-10478, styled *In the Matter of the Marriage of Sylvia Ramon Mora and Salvador G. Mora*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding. However, the order complained of was signed by the Honorable Gloria Saldaña, presiding judge of the 438th Judicial District Court, Bexar County, Texas.